AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:20 -CR-00175 -05 |
| TRENTON ROBINSON | ) | |
| | ) | **FILED** |
| *Defendant* | ) | SEP 0 3 2020 |

## ARREST WARRANT

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

To:     Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     TRENTON ROBINSON

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846 (Conspiracy to Distribute and Possess with Intent to Distribute a Mixture and Substance Containing a
Detectable Amount of Marijuana, Oxycodone, and Codeine); 18 U.S.C. § 924(o) (Conspiracy to Use, Carry, and Possess
a Firearm in Furtherance of Crimes of Violence and Drug Trafficking Crimes); FORFEITURE: 18 U.S.C. § 924(d),
21 U.S.C. § 853(p) and 28 U.S.C. § 2461(c)

Date: 09/01/2020

2020.09.01
18:10:31 -04'00'

*Issuing officer's signature*

City and state:     Washington, DC

ROBIN M. MERIWEATHER, U.S. Magistrate Judge
*Printed name and title*

| Return | |
|---|---|
| This warrant was received on *(date)* 9/1/20<br>at *(city and state)* Washington DC | , and the person was arrested on *(date)* 9/3/20<br>Received |
| Date: 4/3/20 | *Arresting officer's signature*<br>Receiving<br>DUSIN Kinger 31364<br>*Printed name and title* |